UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO CESAR TOSCANO-CEZARES,<br><br>Defendant. | Case No. 1:09-cr-00272-DAD-BAM-2<br><br>**ORDER RE PRO SE<br>SENTENCE REDUCTION MOTION<br>(Doc. 377)** |

Defendant has filed a pro se motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) ("§ 3582 motion"). Pursuant to Eastern District of California General Order 546, the Federal Defender's Office ("FDO") is hereby appointed to represent defendant in this matter. The FDO shall have 90 days from the filing date of this Order to file a supplement to defendant's pro se § 3582 motion <u>or</u> to notify the Court that it does not intend to file a supplement to the motion. Thereafter, the government shall have 30 days from the date of the FDO's filing to file a response to defendant's § 3582 motion.

IT IS SO ORDERED.

Dated: **June 7, 2016**

_____
UNITED STATES DISTRICT JUDGE