UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO CESAR TOSCANO-CASZRES,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 1:09-cr-00272-DAD<br><br><br>ORDER FOR OPPOSITION |

Petitioner Hugo Cesar Toscano-Caszres is a federal prisoner who has filed a *pro se* motion for clarification, which appears to be a petition for writ of habeas corpus under 28 U.S.C. § 2241 for an improper calculation of sentence credits. (*See* Doc. No. 391.)[1] In his most recent request for clarification, deemed by the court to be a petition for habeas relief, petitioner appears to contend that although his federal sentence in this action was imposed to run concurrently with the state sentence he was serving, he is not being given credit for the eighteen month sentence he served in the Santa Clara County Jail. (*Id.*)

/////

/////

/////

---

[1] The court had previously denied petitioner's motion for a reduction of his sentence under 18 U.S.C. § 3582(c)(2). (Doc. Nos. 377, 388 & 392.)

1

Having reviewed the motion on file, the court finds resolution of this matter will be aided by the filing of a response by the government. Accordingly, within forty-five days of electronic service of this order, the government shall file and serve a response to the pending motion.

IT IS SO ORDERED.

Dated: **May 12, 2017**

_____
UNITED STATES DISTRICT JUDGE